# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

---

In Re:
**DAVID G. SETER and
LISA A. SETER,**

**Bankruptcy Case
No. 11-00171-JDP**

**Debtors,**

---

## MEMORANDUM OF DECISION

---

The Court has reviewed Trustee's Final Report, Dkt. No. 27, Trustee's

Application for Compensation and Reimbursement of Expenses, Dkt. No. 29, and

Trustee's Affidavit in Support of Trustee's Fee and Expenses, Dkt. No. 33, all filed

by chapter 7 trustee Jeremy Gugino.  On the basis of these submission, the Court

finds that reasonable compensation for Mr. Gugino services as trustee in this case

is $850.00.  *See* 11 U.S.C. § 330(a); *In re B&B Autotransfusion Services, Inc.*, 443 B.R.

543 (Bankr. D.Idaho 2011).   Reimbursement of all requested expenses will be

approved.

If Mr. Gugino would like a hearing to submit additional information,

evidence, or argument in support of his fee application, he should contact the

Court's calendar clerk to schedule such a hearing.  If he is willing accept said sum

as compensation for his services, he may submit a revised Order approving the

Final Report with the revised amount for trustee's compensation, which order

may be entered without further notice or hearing.

Dated:  December 12, 2011

Honorable Jim D. Pappas
United States Bankruptcy Judge